John E. Lattin (State Bar No. 167876)
*jlattin@ostergar.com*
OSTERGAR LATTIN JULANDER LLP
9110 Irvine Center Drive
Irvine, California 92618
Phone: (949) 357-2544 | Fax: (949) 305-4591

Attorneys for Plaintiff,
NATALIE DAVIS

BADWIN J. LEE, Bar No. 187413
blee@allenmatkins.com
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614
Telephone: 949.553.1313
Fax No.: 949.553.8354

Attorneys for Defendants
L.E.K. CONSULTING LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE DAVIS, an individual California resident,<br><br>Plaintiff,<br><br>vs.<br><br>L.E.K. CONSULTING LLC et al.,<br><br>Defendants. | Case No. 8:25-cv-00797-SRM-DFMx<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL** |

The parties to this action, through counsel, and pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, with each party to bear its own attorney's fees and costs.

Dated: August 18, 2025

OSTERGAR LATTIN JULANDER LLP

/s/ John E. Lattin
John E. Lattin

Attorney for Plaintiff
NATALIE DAVIS

Dated: August 18, 2025

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS

/s/ Baldwin J. Lee
Baldwin J. Lee

Attorney for Defendants
L.E.K. CONSULTING LLC

# CERTIFICATE OF SERVICE

*Natalie Davis v. L.E.K. Consulting LLC. et al.*
United Stated District Court for the Central District of California
Case No. 8:25-cv-00797-SRM-DFMx

At the time of service I was at least 18 years of age, and not a party to the within action. I am a resident of and/or employed in the County of Orange, State of California. My address is 9110 Irvine Center Drive, Irvine, CA 92618. My electronic address is: cslovenec@ostergar.com. On August 18, 2025, I served the foregoing document(s) described as: **JOINT STIPULATION AND ORDER FOR DISMISSAL**

I served ( ) the original ( X ) a true and correct copy of the document(s) above-described, on the interested parties identified in this action, at their address(es) as follows, and by the means of service designated below:

| | |
|---|---|
| BADWIN J. LEE, Bar No. 187413<br>blee@allenmatkins.com<br>ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br>2010 Main Street, 8th Floor<br>Irvine, California 92614<br>Telephone: 949.553.1313<br>Fax No.: 949.553.8354<br>sarmienta@allenmatkins.com<br>msessions@allenmatkins.com<br>anestor@allenmatkins.com<br>ayarnell@allenmatkins.com<br>kmoulton@allenmatkins.com<br>amadrazo@allenmatkins.com | *Attorneys for Defendant*<br>L.E.K. CONSULTING LLC |
| | |

__X___ By Electronic Service - Electronic Transmission: I caused the document(s) described herein to be electronically served on the person(s) listed above by and through their email address(es) as indicated.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 18, 2025, at Irvine, California.

*/s/ Christina Slovenec*
CHRISTINA SLOVENEC